IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>$10,000.00 IN UNITED STATES CURRENCY,<br><br>             Defendant. | 8:12CV0140<br><br>**MEMORANDUM AND ORDER** |

The Court has been advised that counsel continue to negotiate settlement in this case, and they jointly request continuance of the trial. (Filing No. 28).

IT IS ORDERED:

(1)    The Joint Motion to Continue the Trial, (Filing No. 28), is granted.

(2)    The Non-Jury Trial is reset for August 29, 2013 at 10:00 A.M. in Courtroom 1 (Special Proceedings), Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Cheryl R. Zwart.

(3)    **No further continuances will be granted absent a substantial showing of good cause**.

Dated this 5th day of August, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge