IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>$10,000.00 IN UNITED STATES CURRENCY,<br><br>    Defendant. | 8:12CV140<br><br>**JUDGMENT** |

In accordance with court's factual findings and conclusions of law stated on the record at the close of trial, the court finds by the preponderance of the evidence that the defendant property is subject to forfeiture because there is a substantial connection between the property and the commission of drug-related criminal offenses. The defendant property was used to commit or facilitate the commission of a criminal offense, and the claimant's evidence that it was obtained and accumulated as a result of lawful activity was neither credible nor plausible. Accordingly,

  IT IS ORDERED:

  Judgment is hereby entered providing that the defendant property is forfeited to the United States; all right, title, or interest in or to the defendant property is forfeited to the United States; all right, title, or interest in or to the defendant property held by any person or entity is hereby forever barred and foreclosed; and the Marshal shall dispose of the defendant property in accordance with the law.

  Dated this 24th day of October, 2013.

                  BY THE COURT:

                  *s/ Cheryl R. Zwart*
                  United States Magistrate Judge